IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE TERRELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-0725 |
| | ) JUDGE HAYNES |
| ASURION INSURANCE SERVICES, INC. | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

*ORDER*
*This motion is GRANTED.*
*[signature]*
*7-11-12*

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

On May 31, 2012, the Defendant, Asurion Insurance Services, Inc., filed a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant seeks summary judgment on Plaintiff Connie Terrell's claims of race discrimination, harassment and retaliation brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), and the Tennessee Human Rights Act, Tenn. Code Ann. §4-21-101, et. seq. ("THRA"). On July 5, 2012, Plaintiff filed a Response in Opposition to Defendant's Motion for Summary Judgment and a Statement of Additional Disputed Material Facts for Trial. Because Plaintiff has offered additional facts, Defendant seeks leave of Court to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, not to exceed ten (10) pages, and a Response to Plaintiff's Statement of Additional Disputed Material Facts for Trial, within fourteen (14) days of Plaintiff's filings.

Accordingly, Defendant requests permission to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and a Response to Plaintiff's Statement of Additional Disputed Material Facts for Trial on July 19, 2012.

Dated this 6th day of July, 2012.